**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12019 (MG) |
| RESIDENTIAL FUNDING COMPANY, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 93-0891336 | |
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 20-1770738 | |
| In re: | Case No. 12-12021 (MG) |
| DITECH, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-2887228 | |
| In re: | Case No. 12-12022 (MG) |
| DOA HOLDING PROPERTIES, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-1424257 | |

| | |
|---|---|
| In re: ) | Case No. 12-12023 (MG) |
| DOA PROPERTIES IX (LOTS-OTHER), LLC, ) | Chapter 11 |
| Debtor. ) | |
| Tax I.D. No. 26-2783274 ) | |
| In re: ) | Case No. 12-12024 (MG) |
| EPRE LLC, ) | Chapter 11 |
| Debtor. ) | |
| Tax I.D. No. 26-2747974 ) | |
| In re: ) | Case No. 12-12025 (MG) |
| EQUITY INVESTMENT I, LLC, ) | Chapter 11 |
| Debtor. ) | |
| Tax I.D. No. 02-0632797 ) | |
| In re: ) | Case No. 12-12026 (MG) |
| ETS OF VIRGINIA, INC., ) | Chapter 11 |
| Debtor. ) | |
| Tax I.D. No. 26-4051445 ) | |
| In re: ) | Case No. 12-12027 (MG) |
| ETS OF WASHINGTON, INC. ) | Chapter 11 |
| Debtor. ) | |
| Tax I.D. No. 45-2910665 ) | |

| | |
|---|---|
| In re: | Case No. 12-12028 (MG) |
| EXECUTIVE TRUSTEE SERVICES, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-2778943 | |
| In re: | Case No. 12-12035 (MG) |
| GMACM BORROWER LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 45-5064887 | |
| In re: | Case No. 12-12030 (MG) |
| GMAC MODEL HOME FINANCE I, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-2748469 | |
| In re: | Case No. 12-12031 (MG) |
| GMAC MORTGAGE USA CORPORATION, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 20-4796930 | |
| In re: | Case No. 12-12032 (MG) |
| GMAC MORTGAGE, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-1694840 | |

| | |
|---|---|
| In re: | Case No. 12-12033 (MG) |
| GMAC RESIDENTIAL HOLDING COMPANY, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 91-1902190 | |
| In re: | Case No. 12-12037 (MG) |
| GMACR MORTGAGE PRODUCTS, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 03-0536369 | |
| In re: | Case No. 12-12036 (MG) |
| GMACM REO LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 45-5222043 | |
| In re: | Case No. 12-12029 (MG) |
| GMAC-RFC HOLDING COMPANY, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-2593763 | |
| In re: | Case No. 12-12034 (MG) |
| GMACRH SETTLEMENT SERVICES, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 23-3036156 | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12038 (MG) |
| | ) | |
| HFN REO SUB II, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. None | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12039 (MG) |
| | ) | |
| HOME CONNECTS LENDING SERVICES, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 25-1849412 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12042 (MG) |
| | ) | |
| HOMECOMINGS FINANCIAL, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 51-0369458 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12040 (MG) |
| | ) | |
| HOMECOMINGS FINANCIAL REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-2736869 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12043 (MG) |
| | ) | |
| LADUE ASSOCIATES, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 23-1893048 | ) | |

| | |
|---|---|
| In re: | Case No. 12-12044 (MG) |
| PASSIVE ASSET TRANSACTIONS, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 51-0404130 | |
| In re: | Case No. 12-12045 (MG) |
| PATI A, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-3722729 | |
| In re: | Case No. 12-12046 (MG) |
| PATI B, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-3722937 | |
| In re: | Case No. 12-12047 (MG) |
| PATI REAL ESTATE HOLDINGS, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 27-0515201 | |
| In re: | Case No. 12-12048 (MG) |
| RAHI A, LLC, | Chapter 11 |
| Debtor. | |
| Tax I.D. No. 26-3723321 | |

---------------------------------------------------------------------- )
In re:                                                                                    )   Case No. 12-12049 (MG)
                                                                                                )
RAHI B, LLC,                                                                     )   Chapter 11
                                                                                                )
                       Debtor.                                   )
                                                                                                )
Tax I.D. No. 26-3723553                                               )
---------------------------------------------------------------------- )
                                                                                                )
In re:                                                                                    )   Case No. 12-12050 (MG)
                                                                                                )
RAHI REAL ESTATE HOLDINGS, LLC,                      )   Chapter 11
                                                                                                )
                       Debtor.                                   )
                                                                                                )
Tax I.D. No. 27-0515287                                               )
---------------------------------------------------------------------- )
                                                                                                )
In re:                                                                                    )   Case No. 12-12051 (MG)
                                                                                                )
RCSFJV2004, LLC,                                                         )   Chapter 11
                                                                                                )
                       Debtor.                                   )
                                                                                                )
Tax I.D. No. 20-3802722                                               )
---------------------------------------------------------------------- )
                                                                                                )
In re:                                                                                    )   Case No. 12-12052 (MG)
                                                                                                )
RESIDENTIAL ACCREDIT LOANS, INC.,                    )   Chapter 11
                                                                                                )
                       Debtor.                                   )
                                                                                                )
Tax I.D. No. 51-0368240                                               )
---------------------------------------------------------------------- )
                                                                                                )
In re:                                                                                    )   Case No. 12-12053 (MG)
                                                                                                )
RESIDENTIAL ASSET MORTGAGE                            )   Chapter 11
PRODUCTS, INC.,                                                        )
                                                                                                )
                       Debtor.                                   )
                                                                                                )
Tax I.D. No. 41-1955181                                               )
---------------------------------------------------------------------- )

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12054 (MG) |
| RESIDENTIAL ASSET SECURITIES CORPORATION, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 51-0362653 | ) | |
| In re: | ) | Case No. 12-12055 (MG) |
| RESIDENTIAL CONSUMER SERVICES OF ALABAMA, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 63-1105449 | ) | |
| In re: | ) | Case No. 12-12056 (MG) |
| RESIDENTIAL CONSUMER SERVICES OF OHIO, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 34-1754796 | ) | |
| In re: | ) | Case No. 12-12057 (MG) |
| RESIDENTIAL CONSUMER SERVICES OF TEXAS, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 75-2510515 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12058 (MG) |
| RESIDENTIAL CONSUMER SERVICES, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 20-4812167 | ) | |
| In re: | ) | Case No. 12-12059 (MG) |
| RESIDENTIAL FUNDING MORTGAGE EXCHANGE, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 41-1674247 | ) | |
| In re: | ) | Case No. 12-12060 (MG) |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 75-2006294 | ) | |
| In re: | ) | Case No. 12-12061 (MG) |
| RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC., | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 41-1808858 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12062 (MG) |
| RESIDENTIAL FUNDING REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 26-2736505 | ) | |
| In re: | ) | Case No. 12-12063 (MG) |
| RESIDENTIAL MORTGAGE REAL ESTATE HOLDINGS, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 26-2737180 | ) | |
| In re: | ) | Case No. 12-12065 (MG) |
| RFC ASSET HOLDINGS II, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 41-1984034 | ) | |
| In re: | ) | Case No. 12-12066 (MG) |
| RFC ASSET MANAGEMENT, LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 06-1664678 | ) | |
| In re: | ) | Case No. 12-12068 (MG) |
| RFC BORROWER LLC, | ) | Chapter 11 |
| Debtor. | ) | |
| Tax I.D. No. 45-5065558 | ) | |

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12069 (MG) |
| | ) | |
| RFC CONSTRUCTION FUNDING, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 41-1925730 | ) | |
| | ) | |
| In re: | ) | Case No. 12-12064 (MG) |
| | ) | |
| RFC-GSAP SERVICER ADVANCE, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 26-1960289 | ) | |
| | ) | |
| In re: | ) | Case No. 12-12070 (MG) |
| | ) | |
| RFC REO LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 45-5222407 | ) | |
| | ) | |
| In re: | ) | Case No. 12-12071 (MG) |
| | ) | |
| RFC SFJV-2002, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 06-1664670 | ) | |

## ORDER UNDER BANKRUPTCY RULE 1015 AUTHORIZING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Rule 1015, authorizing the joint administration of the Debtors' Chapter 11 cases; and upon the Whitlinger Affidavit; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these Chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly under Case No. 12-12020 (MG) in accordance with the provisions of Bankruptcy Rule 1015.

3. The caption of pleadings and other documents filed in the jointly administered cases shall read as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion. Creditors and parties-in-interest with questions or concerns regarding the Debtors' Chapter 11 cases or the relief granted herein may refer to http://www.kccllc.net/rescap for additional information.

12

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

4. This caption shall be deemed to satisfy any applicable requirements of Bankruptcy Code section 342(c) and Bankruptcy Rule 2002(n).

5. All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Residential Capital, LLC, Case No. 12-12020 (MG).

6. A docket entry shall be made in the Chapter 11 cases of all Debtors other than Residential Capital, LLC, substantially as follows:

> An order has been entered in this case consolidating this case with the case of Residential Capital, LLC, Case No. 12-12020 (MG), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 12-12020 (MG) should be consulted for all matters affecting this case.

7. Any creditors filing a proof of claim against any of the Debtors shall clearly assert such claim against the particular Debtor obligated on such claim and not against the jointly administered Debtors.

8. Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among Ally Financial Inc. ("AFI"), Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b)

13

the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

9. The Debtors may file consolidated monthly operating reports, but shall report disbursements to the United States Trustee on an individual Debtor basis.

10. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: New York, New York
May 14, 2012

*s/James M. Peck*
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE